B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Arizona

In re **Clear Energy Systems, Inc.**     Case No. **2:14-bk-12716**
Debtor(s)     Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Alliance Bank of Arizona**<br>**1 East Washington Street**<br>**Phoenix, AZ 85004** | **Alliance Bank of Arizona**<br>**1 East Washington Street**<br>**Phoenix, AZ 85004** | **Services** | | **38,170.06** |
| **Bejin VanOphen Bieneman PLC**<br>**300 River Place Drive**<br>**Detroit, MI 48207** | **Bejin VanOphen Bieneman PLC**<br>**300 River Place Drive**<br>**Detroit, MI 48207** | **Services** | | **22,108.99** |
| **Brad Bryker**<br>**130 30th Street**<br>**Unit B**<br>**Hermosa Beach, CA 90254** | **Brad Bryker**<br>**130 30th Street**<br>**Unit B**<br>**Hermosa Beach, CA 90254** | **Loan** | | **12,500.00** |
| **Cassels Brock & Blackwell LLP**<br>**Suite 2100, Scotia Plaza**<br>**40 King Street West, M5H 3C2**<br>**Toronto, ON** | **Cassels Brock & Blackwell LLP**<br>**Suite 2100, Scotia Plaza**<br>**40 King Street West, M5H 3C2**<br>**Toronto, ON** | **Services** | | **43,099.72** |
| **CIT Technology Financial Services**<br>**One CIT Drive**<br>**Livingston, NJ 07039** | **CIT Technology Financial Services**<br>**One CIT Drive**<br>**Livingston, NJ 07039** | **Vendor** | | **43,099.72** |
| **DCT-AZ 2004 RN Portfolio U LLC**<br>**c/o Brier, Irish, Hubbard & Erhart PLC**<br>**2400 E. Arizona Biltmore Circle, Ste1300**<br>**Phoenix, AZ 85016** | **DCT-AZ 2004 RN Portfolio U LLC**<br>**c/o Brier, Irish, Hubbard & Erhart PLC**<br>**2400 E. Arizona Biltmore Circle, Ste1300**<br>**Phoenix, AZ 85016** | **Past Due Rent** | | **36,000.00** |
| **Di-Matrix Precision Manufacturing**<br>**7881 East Gray Road**<br>**Scottsdale, AZ 85260** | **Di-Matrix Precision Manufacturing**<br>**7881 East Gray Road**<br>**Scottsdale, AZ 85260** | **Vendor** | | **103,042.77** |
| **Digital Demensions**<br>**2151 East Broadway Road #120**<br>**Tempe, AZ 85282** | **Digital Demensions**<br>**2151 East Broadway Road #120**<br>**Tempe, AZ 85282** | **Vendor** | | **66,713.00** |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Duraflex, Inc.<br>765 Industrial Drive<br>Cary, IL 60013 | Duraflex, Inc.<br>765 Industrial Drive<br>Cary, IL 60013 | Vendor | | 26,000.00 |
| Exotic Automation & Supply<br>34700 Grand River Avenue<br>Farmington, MI 48335 | Exotic Automation & Supply<br>34700 Grand River Avenue<br>Farmington, MI 48335 | Vendor | | 20,541.39 |
| Fulton Tool Company, Inc.<br>802 West Broadway<br>Fulton, NY 13069 | Fulton Tool Company, Inc.<br>802 West Broadway<br>Fulton, NY 13069 | Vendor | | 21,225.00 |
| GasGen Canada, Ltd.<br>Second Floor Toronto, Ontario<br>M5E 1B8 Canada | GasGen Canada, Ltd.<br>Second Floor Toronto, Ontario<br>M5E 1B8 Canada | Vendor | | 17,112.53 |
| Jeffrey Dollarhide<br>9446 East Laurel Lane<br>Scottsdale, AZ 85260 | Jeffrey Dollarhide<br>9446 East Laurel Lane<br>Scottsdale, AZ 85260 | Loan | | 20,000.00 |
| John Stephens<br>6072 Huntingdale Circle<br>Stockton, CA 95219 | John Stephens<br>6072 Huntingdale Circle<br>Stockton, CA 95219 | Loan | | 20,000.00 |
| Karen Redivo<br>7468 East Tuckey Lane<br>Scottsdale, AZ 85250 | Karen Redivo<br>7468 East Tuckey Lane<br>Scottsdale, AZ 85250 | Loan | | 20,000.00 |
| Key Equipment Finance<br>1000 South McCaslin Blvd<br>Louisville, CO 80027 | Key Equipment Finance<br>1000 South McCaslin Blvd<br>Louisville, CO 80027 | Line of Credit | | 14,684.77 |
| Netsuite<br>2955 Campus Drive<br>Suite 100<br>San Mateo, CA 94403 | Netsuite<br>2955 Campus Drive<br>Suite 100<br>San Mateo, CA 94403 | Vendor | | 25,471.58 |
| Quaker City Castings<br>7551 South Willow Street<br>Suite 102<br>Tempe, AZ 85283 | Quaker City Castings<br>7551 South Willow Street<br>Suite 102<br>Tempe, AZ 85283 | Vendor | | 15,775.50 |
| Shijiazhuang Jingang Internal Combustion<br>66 Century Road<br>Shijiazhuang Economy Exploitation Zone<br>Hebei, China | Shijiazhuang Jingang Internal Combustion<br>66 Century Road<br>Shijiazhuang Economy Exploitation Zone<br>Hebei, China | Vendor | | 17,301.05 |
| Travelers Insurance<br>P.O. Box 660317<br>Dallas, TX 75266 | Travelers Insurance<br>P.O. Box 660317<br>Dallas, TX 75266 | Vendor | | 17,429.20 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Authorized Representative of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **August 22, 2014**            Signature **/s/ Daniel J. McCauley**
                                                                     **Daniel J. McCauley**
                                                                     **Authorized Representative**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.