SHELTON L. FREEMAN (AZ #009687)
**FREEMAN HUBER LAW PLLC**
6909 East Main Street
Scottsdale, Arizona 85251
Phone: (480) 398-3100
Fax: (480) 398-3101
E-mail: bkfilings@fhlawaz.com
*Attorneys for Clear Energy Systems, Inc.*

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | In Proceedings Under Chapter 11 |
| CLEAR ENERGY SYSTEMS, INC., | Case No.: 2:14-bk-12716-BKM |
| Debtor. | **APPLICATION TO EMPLOY SPECIAL PURPOSE INTELLECTUAL PROPERTY VALUATION CONSULTANTS FOR THE DEBTOR** |

CLEAR ENERGY SYSTEMS, INC. ("Debtor"), the Debtor and Debtor-in-Possession in the above referenced Chapter 11 bankruptcy case, by and through its undersigned counsel, hereby requests the Court enter an order authorizing the employment of special purpose intellectual property consultants Douglas A. Chaikin ("Chaikin")[1], and Stephen K. Clarke and Edward McMullin of Berkeley Research Group, LLC ("BRG" and together with Chaikin the "IP Consultants") for the purpose of assessing the patent issues and value of Debtor's intellectual property in its current state of development in connection with the plan of reorganization. Attached as **Exhibit A** is Debtor's proposed post-petition engagement agreements with the IP Consultants, which include descriptions of services, and compensation arrangements. Debtor hereby files this Application pursuant to 11 U.S.C. §327, 328, 329 and 1107, *Fed. R. Bankr. P.* 2014 and 2016, Rule 2014-1, *Local Bankruptcy Rules for the District of Arizona,*

---

[1] Debtor seeks to employ Chaikin solely as an outside consultant and not in any legal capacity.

1

FREEMAN HUBER LAW PLLC
6909 East Main Street
Scottsdale, Arizona 85251

and the United States Trustee's <u>Guide to Applications For Employment of Professionals and Treatment of Retainers,</u> as revised in April 2008, and under the terms and conditions described herein.

1.     The Debtor filed a Petition for relief under Chapter 11 of Title 11, United States Code, on August 15, 2014, and is operating its business as a Debtor-in-Possession. No Trustee, Examiner or Committee has been appointed in this Case as of the date of this Application.

2.     The Debtor has selected the IP Consultants to assist in these proceedings, subject to the approval of the Bankruptcy Court, for the purpose of conducting research and preparing an assessment of the Debtor's genset prototype;

3.     The Debtor has proposed the employment of Chaikin as an outside consultant to examine the Debtor's open and pending matters with the U.S. Patent and Trademark Office in order to gain an estimate for the cost of proceeding with those matters to completion. Chaikin has extensive experience in intellectual property matters as shown on Chaikin's curriculum vitae attached to this Application as **Exhibit B.**

4.     The Debtor has proposed the employment of BRG as outside consultants because of their significant experience in the valuation of intellectual property, as evidenced by the curriculum vitae of Stephen K. Clarke attached to this Application as **Exhibit C.**

5.     To the best of the Debtor's knowledge, the proposed IP Consultants have no connection with any of the parties in interest, or their respective attorneys in this proceeding and are disinterested persons as defined by the Bankruptcy Code. The declarations of Stephen K. Clarke and Douglas A. Chaikin are filed contemporaneously in support of this Application and incorporated herein;

6.     The IP Consultants represent no interest adverse to the Debtor as Debtor-in-Possession, or to the estate, in the matters upon which they are to be engaged, and Debtor believes the IP Consultants' employment would be in the best interest of this estate.

FREEMAN HUBER LAW PLLC
6909 East Main Street
Scottsdale, Arizona 85251

7.    Debtor is informed that the proposed IP Consultants' estimate the total work performed on this matter will not exceed forty (40) hours or approximately $17,000. This figure would not include travel expenses to present the study findings or any copy/postage expenses.

8.    Debtor proposes to be authorized, to pay an advance retainer to BRG in the amount of $5,000 for services, plus reimbursement for reasonable expenses incurred, for their valuation work. Payment will be made promptly by the Debtor upon approval with cash on hand.

9.    The Debtor expressly reserves the right to dispute any invoices for reimbursement submitted by the IP Consultants. IP Consultants' proposed hourly rates for services rendered are as follows:

Chaikin: $360 per hour

BRG Director: $375-$495 per hour

10.    Other than as set forth above and in the agreements attached to this Application, there are no proposed arrangements to compensate the IP Consultants. Neither the Debtor, nor any other party, has made any promises to the IP Consultants, or any employee of the IP Consultants, for compensation in connection with this case other than as set forth herein and in accordance with the provisions of the Bankruptcy Code.

11.    The proposed IP Consultants understand and agree that their compensation is subject to approval of this Court, and agree to keep detailed records of the services rendered and costs incurred during their employment in this bankruptcy case.

WHEREFORE the Debtor respectfully requests entry of an order in the form attached hereto as **Exhibit D** and lodged concurrently herewith:

A.    Granting this Application;

B.    Authorizing the Debtor to retain and compensate the IP Consultants *nunc pro tunc* effective as of the start of their post-petition work on the terms set forth in this Application;

C.    Authorizing the $5,000 advance retainer payment to BRG; and

D.    Granting the Debtor such other and further relief as is just and proper.

RESPECTFULLY SUBMITTED this 28th day of September, 2015.

**FREEMAN HUBER LAW PLLC**

By: */s/ Shelton L. Freeman*
　　Shelton L. Freeman
　　6909 E. Main Street
　　Scottsdale, AZ 85251
　　*Attorney for Debtor*

ORIGINAL filed via the CM/ECF Electronic Notification System and served to all parties that have requested ECF notification in the Bankruptcy Case.

COPIES of the foregoing served the 28th day of September, 2015 via email on all parties in the service list attached to the Court's copy only.

By: */s/ Rachel H. Milazzo*

FREEMAN HUBER LAW PLLC
6909 East Main Street
Scottsdale, Arizona 85251

| NAME (IF KNOWN) | EMAIL ADDRESS SERVED |
|---|---|
| 1crbohnert@gmail.com | 1crbohnert@gmail.com |
| Adam Abrahamsen | adam@abrahamsenenterprises.com |
| admin@spartanfunds.ca | admin@spartanfunds.ca |
| admin@visioncap.ca | admin@visioncap.ca |
| almira.jara@td.com | almira.jara@td.com |
| Anderson Aeromotive, Inc. | sales@andersonaeromotive.net |
| Anderson Aeromotive, Inc. | sales@andersonaeromotive.net |
| Andrea Huisinga | adhbooks@sbcglobal.net |
| asoberano@rogers.com | asoberano@rogers.com |
| audri42fredt@comcast.net | audri42fredt@comcast.net |
| azecr@aol.com | azecr@aol.com |
| azmartone@gmail.com | azmartone@gmail.com |
| Bari Simensky | bari.simensky@us.hsbc.com |
| bbeemeup@aol.com | bbeemeup@aol.com |
| bejin@bvbip.com | bejin@bvbip.com |
| Bernard Robertson | bir1@comcast.net |
| bieneman@bvbip.com | bieneman@bvbip.com |
| Bill Washington | bill.washington@nbc.ca |
| Bob Wagoner | Bob@WagonerConsulting.com |
| bobschloss1@cox.net | bobschloss1@cox.net |
| bobseminoff@yahoo.com | bobseminoff@yahoo.com |
| bp071840az@centurylink.net | bp071840az@centurylink.net |
| brandon@rasor.com | brandon@rasor.com |
| braveheart2211@yahoo.com | braveheart2211@yahoo.com |
| breynolds25@cox.net | breynolds25@cox.net |
| Brian Gubernick | brian@homehelperconsultants.com |
| bruce@vanettens.net | bruce@vanettens.net |
| Bryan Walsh | bryan.walsh@cbre.com |
| bryker@gmail.com | bryker@gmail.com |
| bserota63@gmail.com | bserota63@gmail.com |
| Robert Swortzel | bswortzel1@gmail.com |
| Bwaggoner@insightland.com | Bwaggoner@insightland.com |
| c.borgen@americagreener.com | c.borgen@americagreener.com |
| calliesinc@comcast.net | calliesinc@comcast.net |
| Caren Cowie | carencowie@aol.com |
| Carl N. Kunz, III | ckunz@morrisjames.com |
| Carol Lee | carol.lee@rbc.com |
| Carolyn McCormack | cmccormack@alliancebankofarizona.com |
| cattroop7@zoomtown.com | cattroop7@zoomtown.com |
| Cay Cowie | ccowie@synergyseven.com |
| Chris Barr | cb@quantum-cap.com |
| Christina Cheng | christina.cheng@scotiabank.com |
| Christopher J. Dylla | Christopher.Dylla@azag.gov |
| Chuck Blackburn | chuck.blackburn@retirefirst.com |
| cmclane@cbiz.com | cmclane@cbiz.com |
| cnofen@premiseone.net | cnofen@premiseone.net |

| NAME (IF KNOWN) | EMAIL ADDRESS SERVED |
|---|---|
| conradkbk@gmail.com | conradkbk@gmail.com |
| croyse@inttechnologies.com | croyse@inttechnologies.com |
| csfrey@hotmail.com | csfrey@hotmail.com |
| curt.legends@cox.net | curt.legends@cox.net |
| dan@mlo-az.com | dan@mlo-az.com |
| Daniel Edmundson | daniel.edmundson@edmundsonlaw.com |
| Darrel and Peggy Huisinga | eagler001@sbcglobal.net |
| davewingo@gmail.com | davewingo@gmail.com |
| David Coombs | david.c.coombs@gmail.com |
| David Cornwall | dc@quantum-cap.com |
| David Lansky | dlansky@dickinson-wright.com |
| David Luke | david@lukelandrealty.com |
| David Taylor | david.taylor@cygamenergy.com |
| David White | dw@dvdwht.net |
| david@mymta.com | david@mymta.com |
| Dean C. Waldt | waldtd@ballardspahr.com |
| debrindal@yahoo.com | debrindal@yahoo.com |
| deepak.soni@richardsonGMP.com | deepak.soni@richardsonGMP.com |
| derby217@sbcglobal.net | derby217@sbcglobal.net |
| destripe@aol.com | destripe@aol.com |
| dgarcia@aadsofficesolutions.com | dgarcia@aadsofficesolutions.com |
| dgeorgianni@aol.com | dgeorgianni@aol.com |
| dhirschfeld2@gmail.com | dhirschfeld2@gmail.com |
| dhughes@cbiz.com | dhughes@cbiz.com |
| diab@visioncap.ca | diab@visioncap.ca |
| Geoffrey D. Korff | courtdocs@wzfirm.com |
| Glenn Smigiel | glenn.smigiel@cbre.com |
| glenn.smigiel@cbre.com | glenn.smigiel@cbre.com |
| Grant L. Cartwright | cartwrightg@ballardspahr.com |
| Greg Reid | greid@gasgen.ca |
| j.compton@sterlingtrustcompany.com | j.compton@sterlingtrustcompany.com |
| Jack Harley | jack.harley@firstpowergroupllc.com |
| Jack Rasor | jrasor@wdppartners.com |
| jamccague1@gmail.com | jamccague1@gmail.com |
| James S. Samuelson | samuelson@sackstierney.com |
| jarneson64@gmail.com | jarneson64@gmail.com |
| jchiu42@gmail.com | jchiu42@gmail.com |
| jcoors@coorstek.com | jcoors@coorstek.com |
| Jeff Dollarhide | jcdcfp@cox.net |
| Jeff Reymer | jeff.reymer@gmail.com |
| Jeffrey R. Parker | j.parker@wt-us.com |
| Jennifer MacLean | Jennifer.MacLean@richardsongmp.com |
| Jennifer Macpherson | Jennifer.Macpherson@fmr.com |
| jenniferdelladonna@cox.net | jenniferdelladonna@cox.net |
| Jim and Tish Redding | jim.tish@comcast.net |
| Jim Tish | jim.tish@comcast.net |

| NAME (IF KNOWN) | EMAIL ADDRESS SERVED |
|---|---|
| jimdale7@gmail.com | jimdale7@gmail.com |
| jjarvis@haywood.com | jjarvis@haywood.com |
| jkramer@cbiz.com | jkramer@cbiz.com |
| jmazur@cantor.com | jmazur@cantor.com |
| joakim@visioncap.ca | joakim@visioncap.ca |
| Jodi Egg | iam_eggsentric@yahoo.com |
| Joel Borovay | joel.borovay@gmail.com |
| John Clements | jcphx1@cox.net |
| John Grinton | john.grinton@nbc.ca |
| John H. Provanzana | jprovan@sarn.us |
| John Mucha | jmucha@dmms.com |
| John Mucha III | jmucha@dmms.com |
| john@gurin-gurin.com | john@gurin-gurin.com |
| john@vanophemiplaw.com | john@vanophemiplaw.com |
| johnm@mwpaz.com | johnm@mwpaz.com |
| johnmaienza@me.com | johnmaienza@me.com |
| Josh Ochman | josh.ochman@nbc.ca |
| joshench@gmail.com | joshench@gmail.com |
| joshuaochman@gmail.com | joshuaochman@gmail.com |
| jpkealy85@aol.com | jpkealy85@aol.com |
| jpstephens@sbcglobal.net | jpstephens@sbcglobal.net |
| jreymer@haywood.com | jreymer@haywood.com |
| jschroepfer@schroepferservices.com | jschroepfer@schroepferservices.com |
| jschuering@jdstreett.com | jschuering@jdstreett.com |
| jsegal@cqicapital.com | jsegal@cqicapital.com |
| jstang@sarn.us | jstang@sarn.us |
| jtaracoatings@yahoo.com | jtaracoatings@yahoo.com |
| jw@jwalkerltd.com | jw@jwalkerltd.com |
| karelkaho.lo@rbc.com | karelkaho.lo@rbc.com |
| Katherine Herbert | katherine.herbert@rbc.com |
| kberg@mullikenlaw.com | kberg@mullikenlaw.com |
| Kim Cornwall | kim.cornwall@gmail.com |
| kmanmills@yahoo.com | kmanmills@yahoo.com |
| Larry Moeller | larry.moeller@edcofin.com |
| Laurence W. Goldberg | lgoldberg@bdo.com |
| laurieinfantino@yahoo.com | laurieinfantino@yahoo.com |
| lmonteleone@gmail.com | lmonteleone@gmail.com |
| lovelysallot@yahoo.com | lovelysallot@yahoo.com |
| magersjl@msn.com | magersjl@msn.com |
| marasb@cogeco.ca | marasb@cogeco.ca |
| marieam@cox.net | marieam@cox.net |
| marilou.cortez@canaccord.com | marilou.cortez@canaccord.com |
| mario@brownstoneam.com | mario@brownstoneam.com |
| mark.towns@rbccm.com | mark.towns@rbccm.com |
| mark@markgianvito.com | mark@markgianvito.com |
| marvlas@mac.com | marvlas@mac.com |

| NAME (IF KNOWN) | EMAIL ADDRESS SERVED |
|---|---|
| Matthew A. Silverman | matthew.silverman@azag.gov |
| mayer@visioncap.ca | mayer@visioncap.ca |
| mazur_james@hotmail.com | mazur_james@hotmail.com |
| mctpointer@cox.net | mctpointer@cox.net |
| meier.miller@rogers.com | meier.miller@rogers.com |
| melon.mahfood@gmail.com | melon.mahfood@gmail.com |
| Mike Frakes | frakesmd@yahoo.com |
| Mike Sherwood | mikebsherwood@gmail.com |
| mike@dallmeyerlaw.com | mike@dallmeyerlaw.com |
| milan.plentai@nbc.ca | milan.plentai@nbc.ca |
| miller.r@comcast.net | miller.r@comcast.net |
| mpeterson57@yahoo.com | mpeterson57@yahoo.com |
| nellie.pieters@intel.com | nellie.pieters@intel.com |
| nmeharchand@me.com | nmeharchand@me.com |
| o.k.zimmie@gmail.com | o.k.zimmie@gmail.com |
| olin@visioncap.ca | olin@visioncap.ca |
| pattilcornwall@gmail.com | pattilcornwall@gmail.com |
| Patty Chan | patty.chan@usdoj.gov |
| pbernatawicz@yahoo.com | pbernatawicz@yahoo.com |
| phastings@cqicapital.com | phastings@cqicapital.com |
| r.meyer@sbcglobal.net | r.meyer@sbcglobal.net |
| ramio@hotmail.com | ramio@hotmail.com |
| Randy Rondberg | rtr598@cox.net |
| raya.granik@gmail.com | raya.granik@gmail.com |
| rcelej@stratigis.ca | rcelej@stratigis.ca |
| rchart826@aol.com | rchart826@aol.com |
| rcolquhoun@rogers.com | rcolquhoun@rogers.com |
| rdrake8551@aol.com | rdrake8551@aol.com |
| rdredivo@gmail.com | rdredivo@gmail.com |
| reames@solarisgroupllc.com | reames@solarisgroupllc.com |
| redkaysd@cox.net | redkaysd@cox.net |
| reorganization.fcc@fmr.com | reorganization.fcc@fmr.com |
| rg3732@aol.com | rg3732@aol.com |
| Rich Huisinga | Rich.Huisinga@rivercity.com |
| richard.huang@nbc.ca | richard.huang@nbc.ca |
| richs@cashsullivanandcross.com | richs@cashsullivanandcross.com |
| rick.skeith@nortonrosefulbright.com | rick.skeith@nortonrosefulbright.com |
| rickmoscone@gmail.com | rickmoscone@gmail.com |
| Rita Robles | rita.robles@key.com |
| rlottaway@wa-cpas.com | rlottaway@wa-cpas.com |
| rmoscone@foglers.com | rmoscone@foglers.com |
| rnickel@vrtservices.com | rnickel@vrtservices.com |
| Robert K. Rogers | rrogers@rogerslawltd.com |
| Robert Sapanaro | robertosapanaro@aol.com |
| Ron Nemeth | NEMETH6@aol.com |
| rook@start.ca | rook@start.ca |

| NAME (IF KNOWN) | EMAIL ADDRESS SERVED |
|---|---|
| ross@paloverdepainting.com | ross@paloverdepainting.com |
| rrogers@rogerslawltd.com | rrogers@rogerslawltd.com |
| rseminoff@gmail.com | rseminoff@gmail.com |
| rstinnett@stinnettelectrical.com | rstinnett@stinnettelectrical.com |
| rtr598@cox.net | rtr598@cox.net |
| rubenw24@gmail.com | rubenw24@gmail.com |
| Russ Ogden | russ@ocisf.com |
| rwardlansk@cox.net | rwardlansk@cox.net |
| rznsz1069@me.com | rznsz1069@me.com |
| saguaroalign@yahoo.com | saguaroalign@yahoo.com |
| Sandra Fletcher | fletcher.sandra@cleanharbors.com |
| sandra.potter@rbc.com | sandra.potter@rbc.com |
| sargecarter@cox.net | sargecarter@cox.net |
| Scott Baker | scott.baker@macnicolasset.com |
| Scott Walker | swalker@walkerfin.com |
| scottm@sonicmachine.com | scottm@sonicmachine.com |
| sectrl4u@aol.com | sectrl4u@aol.com |
| sengen34@yahoo.com | sengen34@yahoo.com |
| serenitynow8@cox.net | serenitynow8@cox.net |
| sesphd@cox.net | sesphd@cox.net |
| shaydsouza@gmail.com | shaydsouza@gmail.com |
| shirleyspur@yahoo.com | shirleyspur@yahoo.com |
| Simon Rosato | simon.rosato@bnc.ca |
| sjwalshire@gmail.com | sjwalshire@gmail.com |
| skeal4041@hotmail.com | skeal4041@hotmail.com |
| soberano@visioncap.ca | soberano@visioncap.ca |
| somac@cox.net | somac@cox.net |
| spitznagelp@bennettjones.com | spitznagelp@bennettjones.com |
| spmichelin@cox.net | spmichelin@cox.net |
| Sroschuk@aol.com | Sroschuk@aol.com |
| stanmiller263@roadrunner.com | stanmiller263@roadrunner.com |
| stephan@mymta.com | stephan@mymta.com |
| Steve Parsons | steve.parsons@nbc.ca |
| Steve Richards | srichards@sarn.us |
| suenloukrause@aol.com | suenloukrause@aol.com |
| susan@winningtoncapital.com | susan@winningtoncapital.com |
| swortzel1@cox.net | swortzel1@cox.net |
| Tara Stephen | tara.stephens@saatchila.com |
| Tara Stephens@hotmail.com | tara_stephens@hotmail.com |
| tbagneschi@insightland.com | tbagneschi@insightland.com |
| tc@tecinternational.com | tc@tecinternational.com |
| themortgagejockey@gmail.com | themortgagejockey@gmail.com |
| Thomas Angelo Pitta | tpitta@emmetmarvin.com |
| Thomas Carter | sargecarter2000@yahoo.com |
| tmagee29@gmail.com | tmagee29@gmail.com |
| tmpcoffey@yahoo.com | tmpcoffey@yahoo.com |

| NAME (IF KNOWN) | EMAIL ADDRESS SERVED |
|---|---|
| Tom & Pamela Laitala | tomlaitala@gmail.com |
| Tony Corey | teecorey@gmail.com |
| Trevor Young | Young@mullikenlaw.com |
| tttanddwilk@cox.net | tttanddwilk@cox.net |
| United States Trustee | USTPRegion14.PX.ECF@USDOJ.GOV |
| vanophem@bvbip.com | vanophem@bvbip.com |
| vince_hui@hotmail.com | vince_hui@hotmail.com |
| wakeham.pilot@bmo.com | wakeham.pilot@bmo.com |
| wam64@comcast.net | wam64@comcast.net |
| Wellesley Bobb | bobbw@mscdirect.com |
| wesweicpa@aol.com | wesweicpa@aol.com |
| William J. Post | wjpost@cox.net |
| William P. Petsche | will@rmthelaw.com |
| William S. Jenkins | wsj@mjlegal.com |
| winnf16@aol.com | winnf16@aol.com |
| young@mullikenlaw.com | young@mullikenlaw.com |
| Chris Meyer | chris.meyer.95@gmail.com |
| Douglas Heise | dheise7@gmail.com |
| Rich Troxell | rtroxell4@gmail.com |
| Marvel Smith | marvlas@mac.com |
| Mr. & Mrs. Bernard Robertson JT TEN | bir1@comcast.net |
| Robert J. Sapanaro | robertosapanaro@aol.com |
| Edward Robert Tartaglio | ertdd2000@aol.com |
| William Novotny | wnovotny@dickinsonwright.com |
| April Theis | april.theis@azag.gov |
| Michael Ayers | mayers@hinshawlaw.com |
| Randy Aoyama | raoyama@hinshawlaw.com |
| Dale C. Schian | ecfdocket@swazlaw.com |
| Douglas A. Chaikin | dac@peninsulaip.com |
| Stephen K. Clarke | SClarke@thinkbrg.com |
| Edward McMullin | EMcMullin@thinkbrg.com |