CHRISTOPHER R. KAUP, STATE BAR NO. 014820
LAURA L. WOCHNER, STATE BAR NO. 032214

TB TIFFANY & BOSCO
P.A.

Seventh Floor, Camelback Esplanade II
2525 East Camelback Road
Phoenix, Arizona 85016
Telephone: (602) 255-6000
Facsimile: (602) 255-0103
E-Mail: crk@tblaw.com; llw@tblaw.com
*ATTORNEYS FOR TRUSTEE*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| In re: | In Proceedings Under Chapter 11 |
|---|---|
| CLEAR ENERGY SYSTEMS, INC., | Case No.: 2:14-bk-12716-BKM |
| Debtor. | **MOTION APPROVING SALE OF CERTAIN ASSETS TO JACK RASOR** |

Chapter 11 Trustee David Tiffany ("Trustee"), by and through his undersigned counsel and pursuant to 11 U.S.C. § 363, hereby moves for entry of an order confirming the sale of certain intellectual property assets described below and the sale of the Debtor's claims against SARN.

## MEMORANDUM OF POINTS AND AUTHORITIES

## I. JURISDICTIONAL AND PROCEDRUAL BACKGROUND

1.  The Court has jurisdiction over these Chapter 11 proceedings under 28 U.S.C. §§ 157 and 1334. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

2.  Following this Court's Order on December 16, 2015, the United States Trustee

of the District of Arizona selected David Tiffany for appointment as Trustee with full powers as set forth in the Order. *See* Docket Entry #256.

3. On December 23, 2015, this Court entered *the Order Approving Appointment of Trustee* approving the selection of David Tiffany as Chapter 11 Trustee in this matter. *See* Docket Entry #260.

## II. FACTUAL BACKGROUND

4. On August 15, 2014 (the "Petition Date"), the Debtor filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code. An Order for Relief was entered shortly thereafter.

5. On December 16, 2015, the Court ordered a Chapter 11 Trustee appointed and on December 23, 2015, the Court approved the Appointment of David Tiffany as Trustee.

6. On March 23, 2016, the Trustee sold most of the Debtor's assets. The sale was confirmed by Order dated March 29, 2016.

7. Among the unsold assets were certain soft intellectual property assets comprised of the name "Clear Energy Systems", and any and all tradenames, trademarks, domain names and websites as well as any and all other intangible rights and any and all patent and other IP rights except for the U.S. patent and the international patent application purchased by Arizona Commerce Authority as detailed as Exhibit "2" to the March 29, 2016 Order confirming the Trustee's sale, all trademarks, domain names, website and all other intangible rights (collectively, the "Soft IP").

8. In addition, the Debtor's claims against SARN Power LLC and SARN Industrial LLC and any other "claims" CES might have, known or unknown (collectively, the "SARN Claims"), were not sold at the Trustee's auction.

9. Jack Rasor, a secured creditor of the Debtor pursuant to a court approved financing transaction, has made an offer to the Trustee to purchase the Soft IP and the SARN

Claims for a $6,000 credit bid (comprised of $5,000 for the Soft IP and $1,000 for the SARN Claims).

10. The Trustee has accepted Mr. Rasor's offer.

11. As these assets did not sell at the Trustee's auction, the Trustee believes that Mr. Rasor's offer is reasonable and should be approved by this Court.

**WHEREFORE**, for the reasons stated herein, the Trustee respectfully submits that the relief requested in this Motion is in the best interest of the estates and its creditors and requests this Court to enter an Order in the form attached hereto as **Exhibit A** granting this Motion and Approving the Sale of the Soft IP and the SARN Claims to Jack Rasor for a total credit bid of $ 6,000 (six thousand dollars).

RESPECTFULLY SUBMITTED this 20th day of April, 2016.

**TIFFANY & BOSCO, P.A.**

By: /s/ Christopher R. Kaup
Christopher R. Kaup, Esq.
Laura Wochner, Esq.
Seventh Floor Camelback Esplanade II
2525 East Camelback Road
Phoenix, Arizona 85016
*Attorneys for the Trustee*

**FOREGOING** electronically filed with Bankruptcy Court on this 20th day of April, 2016; and

**COPIES** (Judge BKM) served by mail or email on this or the next business day to:

| | |
|---|---|
| Shelton L. Freeman | Clear Energy Systems, Inc. |
| Freeman Huber Law PLLC | 1245 W. Geneva Drive |
| 6909 E Main Street | Tempe, AZ 85282 |
| Scottsdale, AZ 85251 | *Debtor* |
| Email: bkfilings@flfaz.com | |
| *Attorneys for Debtor* | |
| | |
| Thomas A. Pitta, Esq. | William Scott Jenkins |
| Emmet, Marvin & Martin, LLP | Carl Kunz |
| 120 Broadway, 32nd Floor | Myers & Jenkins, P.C. |
| New York, New York 10271 | One East Camelback Road, Suite 500 |
| Email: tpitta@emmetmarvin.com | Phoenix, Arizona 85012 |
| *The Bank of New York Mellon* | Email: wsj@mjlegal.com |
| | Email: ckunz@morrisjames.com |
| | *Attorneys for DCT – AZ 2004 RN Portfolio U, LLC* |
| | |
| William Novotny | Randy J. Aoyama, Esq. |
| Dickinson Wright PLLC | Michael R. Ayers, Esq. |
| 1850 North Central Avenue, Suite 1400 | Hinshaw & Culbertson, LLP |
| Phoenix, Arizona 85004 | 2375 E. Camelback Road, Suite 750 |
| E-mail: wnovotny@dickinsonwright.com | Phoenix, Arizona 85016 |
| *Attorneys for Arizona Commerce Authority* | Email: raoyama@hinshawlaw.com |
| | Email: mayers@hinshawlaw.com |
| | *Counsel for Westchester Fire Insurance Company* |
| | |
| Dale C Schian, Esq. | Dean C. Waldt, Esq. |
| Schian Walker, P.L.C. | Grant L. Cartwright, Esq. |
| 1850 North Central Avenue, #900 | Ballard Spahr LLP |
| Phoenix, Arizona 85004-4531 | 1 East Washington Street, Suite 2300 |
| E-mail: ecfdocket@swazlaw.com | Phoenix, AZ 85004-2555 |
| *Attorneys for TEC International LLC* | Email: waldtd@ballardspahr.com |
| | Email: cartwrightg@ballardspahr.com |
| | *Counsel for William J. Post* |
| | |
| Trevor J. Young, Esq. | James S. Samuelson, Esq. |
| Mulliken Weiner Berg & Jolivet P.C. | SACKS TIERNEY P.A. |
| 102 S. Tejon Street, Suite 900 | 4250 N. Drinkwater Boulevard, Fourth Floor |
| Colorado Springs, Colorado 80903 | Scottsdale, Arizona 85251 |
| Email: young@mullikenlaw.com | Email: james.samuelson@sackstierney.com |
| *Attorneys for Axxess Energy, LLC* | *Attorneys for Axxess Energy, LLC* |

20710-001/48G5182.DOCP:\DOCS\20710\001\DOC\48G5182.DOC

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | Matthew A. Silverman<br>April J. Theis<br>Christopher J. Dylla<br>Office of the Attorney General<br>1275 West Washington Street<br>Phoenix, Arizona 85007-2926<br>Email: matthew.silverman@azag.gov<br>Email: april.theis@azag.gov<br>Email: christopher.dylla@azag.gov<br>*Attorneys for the State of Arizona*<br>*ex rel. Arizona Department of Revenue* |

Patty Chan
Office Of The U.S. Trustee
230 North First Avenue, Suite 204
Phoenix, AZ 85003
Email: Patty.Chan@usdoj.gov
*U.S. Trustee*

All email recipients as approved under the Court's ORDER APPROVING ELECTRONIC SERVICE (Doc 164)

By: /s/ Louis A. Lofredo

20710-001/48G5182.DOCP:\DOCS\20710\001\DOC\48G5182.DOC

# Exhibit A

CHRISTOPHER R. KAUP, STATE BAR NO. 014820
LAURA L. WOCHNER, STATE BAR NO. 032214

**TB TIFFANY & BOSCO**
P.A.

Seventh Floor, Camelback Esplanade II
2525 East Camelback Road
Phoenix, Arizona 85016
Telephone: (602) 255-6000
Facsimile: (602) 255-0103
E-Mail: crk@tblaw.com; llw@tblaw.com
ATTORNEYS FOR TRUSTEE

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| In re: | In Proceedings Under Chapter 11 |
|---|---|
| CLEAR ENERGY SYSTEMS, INC., | Case No.: 2:14-bk-12716-BKM |
| Debtor. | **ORDER APPROVING SALE OF CERTAIN ASSETS TO JACK RASOR** |

This matter came before the Court on the *Debtor's Motion for Order Approving the Sale of Certain Assets to Jack Rasor* (the "Motion") filed on April ___, 2016. There were no oppositions filed and notice was given as to the right to overbid and no overbids were received. The Court finding that Notice of the Motion was sufficient a hearing having been held on _____, 2016 to hear and rule on any objections, and good cause appearing,

**IT IS HEREBY ORDERED** as follows:

1. The Motion is granted.

2. The sale of the Soft IP (as that term is defined in the Motion) to Jack Rasor for a credit bid of $5,000 is hereby approved.

P:\DOCS\20710\001\PLD\48G6002.DOC

3. The sale of the SARN Claims (as that term is defined in the Motion) to Jack Rasor for a credit bid of $1,000 is hereby approved.

**IT IS FURTHER ORDERED** at the sale of the Soft IP and the SARN Claims to Jack Rasor shall be free and clear of all mortgages, security interests, conditional sale or other title retention agreements, pledges, liens, claims, judgments, demands, charges, encumbrances, security interests, options, rights of first refusal, and any unrecorded easements or other restrictions.

**IT IS FURTHER ORDERED** that the Trustee shall cooperate with and assist Mr. Rasor, to the extent reasonably practical, by executing such bills of sale, assignments or other documents necessary to evidence the transfer of title of the respective Assets to Mr. Rasor.

**DATED AND SIGNED ABOVE.**