CHRISTOPHER R. KAUP, STATE BAR NO. 014820
LAURA L. WOCHNER, STATE BAR NO. 032214

**TB TIFFANY & BOSCO**
P.A.

Seventh Floor, Camelback Esplanade II
2525 East Camelback Road
Phoenix, Arizona 85016
Telephone: (602) 255-6000
Facsimile: (602) 255-0103
E-Mail: crk@tblaw.com; llw@tblaw.com
*ATTORNEYS FOR TRUSTEE*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>CLEAR ENERGY SYSTEMS, INC.,<br><br>Debtor. | In Proceedings Under Chapter 11<br><br>Case No.: 2:14-bk-12716-BKM<br><br>**MOTION TO SET EXPEDITED HEARING ON MOTION APPROVING SALE OF CERTAIN ASSETS TO JACK RASOR** |

Chapter 11 Trustee David Tiffany ("Trustee"), by and through his undersigned counsel, hereby moves this Court to set an expedited hearing date and time for the *Motion Approving Sale of Certain Assets to Jack Rasor* (Doc 349) so that the Trustee can close and complete the case as soon as practicable.

A proposed form of Order is being concurrently lodged with the filing of this Motion.

///

///

///

20710-001/48G6029.DOC

RESPECTFULLY SUBMITTED this 20th day of April, 2016.

**TIFFANY & BOSCO, P.A.**

By: /s/ Christopher R. Kaup
Christopher R. Kaup, Esq.
Laura Wochner, Esq.
Seventh Floor Camelback Esplanade II
2525 East Camelback Road
Phoenix, Arizona 85016
*Attorneys for the Trustee*

**FOREGOING** electronically filed with Bankruptcy Court on this 20th day of April, 2016; and

**COPIES** (Judge BKM) served by mail or email on this or the next business day to:

| | |
|---|---|
| Shelton L. Freeman<br>Freeman Huber Law PLLC<br>6909 E Main Street<br>Scottsdale, AZ 85251<br>Email: bkfilings@flfaz.com<br>*Attorneys for Debtor* | Clear Energy Systems, Inc.<br>1245 W. Geneva Drive<br>Tempe, AZ 85282<br>*Debtor* |
| Thomas A. Pitta, Esq.<br>Emmet, Marvin & Martin, LLP<br>120 Broadway, 32nd Floor<br>New York, New York 10271<br>Email: tpitta@emmetmarvin.com<br>*The Bank of New York Mellon* | William Scott Jenkins<br>Carl Kunz<br>Myers & Jenkins, P.C.<br>One East Camelback Road, Suite 500<br>Phoenix, Arizona 85012<br>Email: wsj@mjlegal.com<br>Email: ckunz@morrisjames.com<br>*Attorneys for DCT – AZ 2004 RN Portfolio U, LLC* |
| William Novotny<br>Dickinson Wright PLLC<br>1850 North Central Avenue, Suite 1400<br>Phoenix, Arizona 85004<br>E-mail: wnovotny@dickinsonwright.com<br>*Attorneys for Arizona Commerce Authority* | Randy J. Aoyama, Esq.<br>Michael R. Ayers, Esq.<br>Hinshaw & Culbertson, LLP<br>2375 E. Camelback Road, Suite 750<br>Phoenix, Arizona 85016<br>Email: raoyama@hinshawlaw.com<br>Email: mayers@hinshawlaw.com<br>*Counsel for Westchester Fire Insurance Company* |

20710-001/48G6029.DOC

| | | |
|---|---|---|
| 1 | | |
| 2 | Dale C Schian, Esq.<br>Schian Walker, P.L.C. | Dean C. Waldt, Esq.<br>Grant L. Cartwright, Esq. |
| 3 | 1850 North Central Avenue, #900<br>Phoenix, Arizona 85004-4531 | Ballard Spahr LLP<br>1 East Washington Street, Suite 2300 |
| 4 | E-mail: ecfdocket@swazlaw.com<br>*Attorneys for TEC International LLC* | Phoenix, AZ 85004-2555<br>Email: waldtd@ballardspahr.com |
| 5 | | Email: cartwrightg@ballardspahr.com<br>*Counsel for William J. Post* |
| 6 | | |
| 7 | Trevor J. Young, Esq.<br>Mulliken Weiner Berg & Jolivet P.C. | James S. Samuelson, Esq.<br>SACKS TIERNEY P.A. |
| 8 | 102 S. Tejon Street, Suite 900<br>Colorado Springs, Colorado 80903 | 4250 N. Drinkwater Boulevard, Fourth Floor<br>Scottsdale, Arizona 85251 |
| 9 | Email: young@mullikenlaw.com<br>*Attorneys for Axxess Energy, LLC* | Email: james.samuelson@sackstierney.com<br>*Attorneys for Axxess Energy, LLC* |
| 10 | Matthew A. Silverman<br>April J. Theis | Patty Chan<br>Office Of The U.S. Trustee |
| 11 | Christopher J. Dylla<br>Office of the Attorney General | 230 North First Avenue, Suite 204<br>Phoenix, AZ 85003 |
| 12 | 1275 West Washington Street<br>Phoenix, Arizona 85007-2926 | Email: Patty.Chan@usdoj.gov<br>*U.S. Trustee* |
| 13 | Email: matthew.silverman@azag.gov | |
| 14 | Email: april.theis@azag.gov<br>Email: christopher.dylla@azag.gov | |
| 15 | *Attorneys for the State of Arizona*<br>*ex rel. Arizona Department of Revenue* | |
| 16 | | |
| 17 | All email recipients as approved under the<br>Court's ORDER APPROVING | |
| 18 | ELECTRONIC SERVICE (Doc 164) | |
| 19 | By: /s/ Louis A. Lofredo | |

20710-001/48G6029.DOC