Christopher R. Kaup, State Bar No. 014820

**TIFFANY & BOSCO** P.A.

Seventh Floor, Camelback Esplanade II
2525 East Camelback Road
Phoenix, Arizona 85016
Telephone: (602) 255-6000
Facsimile: (602) 255-0103
E-Mail: : crk@tblaw.com; llw@tblaw.com
*Attorneys for Trustee*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>CLEAR ENERGY SYSTEMS, INC.,<br><br>Debtor. | Chapter 11<br><br>2:14-BK-12716-BKM<br><br>**STIPULATED MOTION TO DISMISS BANKRUPTCY CASE** |

The Chapter 11 Trustee David Tiffany (the "Trustee"), the Debtor, and Jack Rasor ("Mr. Rasor"), the only secured claimholder remaining in the case, hereby stipulate, agree and move for dismissal of this case pursuant to 11 U.S.C. § 1112(b). This Motion is supported by following Memorandum of Points & Authorities.

**Memorandum Of Points & Authorities**

**I.      Relevant Factual History.**

On August 15, 2014 (the "Petition Date"), Clear Energy Systems, Inc. (the "Debtor") filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

The Trustee for Clear Energy Systems, Inc. was appointed by the Court on December 23, 2015 (the "Case") (Doc 260).

The Court approved the appointment of Jack Rasor ("Rasor") as the financier of the Bankruptcy Estate pursuant to 11 U.S.C. §§ 364(b)&(c) on March 17, 2016 (Doc 336).

The Trustee conducted an authorized sale of the Clear Energy System's estate property ("Estate") as duly authorized by the Court in its March 21, 2016 Order (Doc 338).

The Trustee has paid or shall pay all expenses and fees associated with the Estate, including the US Trustee's Fees.

The Estate's only remaining asset is a bank account in the amount of $45,836.00 ("Funds").

## II. Disposition of the Estate's Only Remaining Asset.

As there are no Funds in excess of Jack Rasor's secured claim, Mr. Rasor will be paid $22,918.00 and the Trustee will be paid an equal amount out of the Funds which are Mr. Rasor's collateral. Since the amounts owed to the only secured creditor, Rasor, exceed the amount of Funds, there are no funds to distribute to the unsecured creditors.

## III. Basis for Dismissal.

Pursuant to Section 1112(b) of the Bankruptcy Code, a Bankruptcy Court shall dismiss or convert a Chapter 11 case for "cause", unless there exists unusual circumstances specifically identified by the court that establish that the requested conversion is not in the best interest of creditors and the estate.

## IV. Conclusion.

WHEREFORE, the Trustee, the Debtor and Rasor respectfully request that this Court enter an order dismissing this case. A proposed form of Order, which will be concurrently lodged with this Stipulated Motion, is attached hereto.

(Signatures on the next page)

DATED this 15th day of September, 2016.

**TIFFANY & BOSCO** P.A.

By: /s/
Christopher R. Kaup, Esq.
Seventh Floor Camelback Esplanade II
2525 East Camelback Road
Phoenix, Arizona 85016-4237
*Attorneys for Trustee*

FREEMAN LAW, PLLC

By: /s/
Shelton Freeman
6909 East Main Street
Scottsdale, AZ 85251
*Attorneys for the Debtor*

By: /s/
Jack Rasor

**FOREGOING** electronically filed with Bankruptcy Court on this 15th day of September, 2016; and

**COPIES** (Judge BKM) served by mail or email on this or the next business day to:

| | |
|---|---|
| Shelton L. Freeman<br>Freeman Huber Law PLLC<br>6909 E Main Street<br>Scottsdale, AZ 85251<br>Email: bkfilings@flfaz.com<br>*Attorneys for Debtor* | Clear Energy Systems, Inc.<br>1245 W. Geneva Drive<br>Tempe, AZ 85282<br>*Debtor* |
| Thomas A. Pitta, Esq.<br>Emmet, Marvin & Martin, LLP<br>120 Broadway, 32nd Floor<br>New York, New York 10271<br>Email: tpitta@emmetmarvin.com<br>*The Bank of New York Mellon* | William Scott Jenkins<br>Carl Kunz<br>Myers & Jenkins, P.C.<br>One East Camelback Road, Suite 500<br>Phoenix, Arizona 85012<br>Email: wsj@mjlegal.com<br>Email: ckunz@morrisjames.com<br>*Attorneys for DCT – AZ 2004 RN Portfolio U, LLC* |
| William Novotny<br>Dickinson Wright PLLC<br>1850 North Central Avenue, Suite 1400<br>Phoenix, Arizona 85004<br>E-mail: wnovotny@dickinsonwright.com<br>*Attorneys for Arizona Commerce Authority* | Randy J. Aoyama, Esq.<br>Michael R. Ayers, Esq.<br>Hinshaw & Culbertson, LLP<br>2375 E. Camelback Road, Suite 750<br>Phoenix, Arizona 85016<br>Email: raoyama@hinshawlaw.com<br>Email: mayers@hinshawlaw.com<br>*Counsel for Westchester Fire Insurance Company* |
| Dale C Schian, Esq.<br>Schian Walker, P.L.C.<br>1850 North Central Avenue, #900<br>Phoenix, Arizona 85004-4531<br>E-mail: ecfdocket@swazlaw.com<br>*Attorneys for TEC International LLC* | Dean C. Waldt, Esq.<br>Grant L. Cartwright, Esq.<br>Ballard Spahr LLP<br>1 East Washington Street, Suite 2300<br>Phoenix, AZ 85004-2555<br>Email: waldtd@ballardspahr.com<br>Email: cartwrightg@ballardspahr.com<br>*Counsel for William J. Post* |

| | | |
|---|---|---|
| 1 | | |
| 2 | Trevor J. Young, Esq.<br>Mulliken Weiner Berg & Jolivet P.C. | James S. Samuelson, Esq.<br>SACKS TIERNEY P.A. |
| 3 | 102 S. Tejon Street, Suite 900<br>Colorado Springs, Colorado 80903 | 4250 N. Drinkwater Boulevard, Fourth Floor<br>Scottsdale, Arizona 85251 |
| 4 | Email: young@mullikenlaw.com<br>*Attorneys for Axxess Energy, LLC* | Email: james.samuelson@sackstierney.com<br>*Attorneys for Axxess Energy, LLC* |
| 5 | | |
| 6 | Matthew A. Silverman<br>April J. Theis | Patty Chan<br>Office Of The U.S. Trustee |
| 7 | Christopher J. Dylla<br>Office of the Attorney General | 230 North First Avenue, Suite 204<br>Phoenix, AZ 85003 |
| 8 | 1275 West Washington Street<br>Phoenix, Arizona 85007-2926 | Email: Patty.Chan@usdoj.gov<br>*U.S. Trustee* |
| 9 | Email: matthew.silverman@azag.gov<br>Email: april.theis@azag.gov | |
| 10 | Email: christopher.dylla@azag.gov<br>*Attorneys for the State of Arizona* | |
| 11 | *ex rel. Arizona Department of Revenue* | |
| 12 | All email recipients as approved under the<br>Court's ORDER APPROVING | |
| 13 | ELECTRONIC SERVICE (Doc 164) | |
| 14 | By: /s/ Roxanne A. McHugh | |